OPINION — AG — QUESTION: CAN AN EXAMINING PHYSICIAN, SUCH AS ABOVE REFERRED TO (COUNTY HEALTH OFFICER, PHYSICAL EXAMINATION OF APPLICANT FOR BARBER LICENSE) IS AUTHORIZED TO TAKE A CHEST X RAY OF A BARBER BEING EXAMINED BY HIM, THAT IS, IF (1) THE PHYSICIAN BELIEVES IT WILL ASSIST HIM IN MAKING THE "THROUGH PHYSICAL EXAMINATION" REQUIRED BY 59 O.S.H. 74 AND (2) NO FEE IN ADDITION TO THE REGULAR STATUTORY FEE FOR THE EXAMINATION IS CHARGED ? — AFFIRMATIVE (FRED HANSEN)